NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN CHATMAN,                )
                                    )
        Appellant,      )
                                    )
v.                              )      Case No. 2D17-4799
                                    )
STATE OF FLORIDA,     )
                                    )
        Appellee.       )
_____)

Opinion filed October 5, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

John Chatman, pro se.

PER CURIAM.

Affirmed.

LaROSE, C.J., and NORTHCUTT and SALARIO, JJ., Concur.